# U.S.A. Roofing Pros

Balance Sheet

As of December 14, 2022

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       Allegiance Checking | -94.76 |
|       Checking (2162) | 50,094.81 |
|     **Total Bank Accounts** | **$50,000.05** |
|     Other Current Assets | |
|       Undeposited Funds | 600.00 |
|     **Total Other Current Assets** | **$600.00** |
|   **Total Current Assets** | **$50,600.05** |
|   Fixed Assets | |
|     Chevy Silverado | 48,000.00 |
|     Company Boat | 78,000.00 |
|     Toyota Tundra | 62,500.00 |
|     Trailer 20x83 | 5,323.38 |
|   **Total Fixed Assets** | **$193,823.38** |
| **TOTAL ASSETS** | **$244,423.43** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Credit Cards | |
|         American Express | 45,999.45 |
|         Atob CC | 2,199.00 |
|         Chase Ink | 0.00 |
|         Citi CC | 0.00 |
|         Credit One CC - Kevin | 0.00 |
|         Discover CC | 0.00 |
|         United - Culley's CC | 0.00 |
|       **Total Credit Cards** | **$48,198.45** |
|       Other Current Liabilities | |
|         Direct Deposit Payable | 0.00 |
|         FundBox | 21,800.52 |
|         Out Of Scope Agency Payable | 0.00 |
|         Payroll Liabilities | -1,236.77 |
|           Federal Taxes (941/944) | 819.96 |
|           Federal Unemployment (940) | 74.77 |
|           TX Unemployment Tax | 336.45 |
|         **Total Payroll Liabilities** | **-5.59** |
|         Ruth Lake Factoring Loan | 287,200.00 |
|         Texas State Comptroller Payable | 99.00 |

# U.S.A. Roofing Pros

Balance Sheet

As of December 14, 2022

|  | TOTAL |
|---|---:|
| **Total Other Current Liabilities** | **$309,093.93** |
| **Total Current Liabilities** | **$357,292.38** |
| Long-Term Liabilities | |
|   Boat | 63,400.66 |
|   Culley Truck | 20,945.75 |
|   Kevin Truck | 28,816.00 |
| **Total Long-Term Liabilities** | **$113,162.41** |
| **Total Liabilities** | **$470,454.79** |
| Equity | |
|   Opening Balance Equity | 327,907.35 |
|   Partner's Equity | |
|     Culley Howard 50% | 0.00 |
|       Partner Investment | 0.00 |
|       Partner's Distribution | -101,118.73 |
|   **Total Culley Howard 50%** | **-101,118.73** |
|     Kevin Jones 50% | 0.00 |
|       Partner Distribution | -119,180.76 |
|   **Total Kevin Jones 50%** | **-119,180.76** |
| **Total Partner's Equity** | **-220,299.49** |
|   Retained Earnings | -235,220.74 |
|   Net Income | -98,418.48 |
| **Total Equity** | **$ -226,031.36** |
| **TOTAL LIABILITIES AND EQUITY** | **$244,423.43** |