# U.S.A. Roofing Pros

Statement of Cash Flows

January 1 - December 14, 2022

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | -626,006.13 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: |  |
|   Accounts Receivable (A/R) | -2,147.81 |
|   Accounts Payable (A/P) | 529,735.46 |
|   American Express | -31,156.42 |
|   Atob CC | -5,534.30 |
|   Chase Ink | 0.00 |
|   Citi CC | -9,730.00 |
|   Credit One CC - Kevin | 305.72 |
|   Discover CC | -4,000.00 |
|   United - Culley's CC | -3,000.00 |
|   FundBox | 18,527.12 |
|   Out Of Scope Agency Payable | 0.00 |
|   Ruth Lake Factoring Loan | 267,990.44 |
|   Texas State Comptroller Payable | 99.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | 761,089.21 |
| **Net cash provided by operating activities** | **$135,083.08** |
| **FINANCING ACTIVITIES** |  |
| Boat | 63,984.24 |
| Culley Truck | 20,945.75 |
| Kevin Truck | 28,816.00 |
| Opening Balance Equity | 139,407.35 |
| Partner's Equity:Culley Howard 50% | 3,800.00 |
| Partner's Equity:Culley Howard 50%:Partner Investment | 0.00 |
| Partner's Equity:Culley Howard 50%:Partner's Distribution | -92,465.97 |
| Partner's Equity:Kevin Jones 50% | 2,150.00 |
| Partner's Equity:Kevin Jones 50%:Partner Distribution | -103,196.99 |
| Retained Earnings | -287,858.48 |
| **Net cash provided by financing activities** | **$ -224,418.10** |
| **NET CASH INCREASE FOR PERIOD** | **$ -89,335.02** |
| Cash at beginning of period | 139,935.07 |
| **CASH AT END OF PERIOD** | **$50,600.05** |