IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| USA ROOFING PARTNERS, LLC | § | Case No. 22-33691-H5 |
| | § | |
| Debtor | § | Subpart V Chapter 11 |

### DEBTOR'S APPLICATION TO EMPLOY CALICO BOOKKEEPING & TAX SERVICE AND MARY CALLIHAN AS ACCOUNTANT

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

Please take notice that a hearing for the Application to Employ Attorneys is scheduled for February 22, 2023 at 11:00 am a.m., in Courtroom 403, 515 Rusk St. Houston, TX, and will be held **electronically.**

**To participate electronically, parties must follow the instructions set forth on Judge Normans's web page located at:**

https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman

**Parties are additionally instructed:**

The dial in number for hearings before Judge Norman is 832-917-1510 and the conference room number is 174086; and

For video appearances and witness testimony, parties are to utilize the **GoToMeeting** web-based application and enter conference code: judgenorman.

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

USA Roofing Partners LLC, Debtor-in-possession ("Debtor"), hereby files this application to employ Calico Bookkeeping & Tax Service and Mary Callihan ("Calico") as its accountant to provide monthly payroll and accounting and financial services to the Debtor and to prepare tax returns and also to provide services for its chapter 11 plan and respectfully represent as follows:

1. Debtor filed a voluntary petition for relief on December 9, 2022, under Chapter 11 of Title 11, United States Code 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code").

2. The case is pending before the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

3. The Debtor is a limited liability company operating in the area of Spring, Texas.

4. Calico provides accounting and bookkeeping services for multiple clients.

5. To the best of Debtor's knowledge, Calico has no connection with the Debtor, Debtor's creditors, or any other parties in interest, or the attorneys and accountant for such creditors, or other parties in interest, the United States Trustee, or any person employed in the office of the United States Trustee. Calico will provide accounting services, financial and tax preparation services for the Debtor and for its chapter 11 case and plan.

6. To the best of the Debtor's knowledge, Calico is not associated or represent any interest adverse to Debtor's estate in the matter on which Accountant is to be engaged by Debtor. Calico is a "disinterested persons" within the meaning of Section 101(14) of the Bankruptcy Code. Mary Callihan did work for Baker & Associates several years ago but has had and does not have any connections to Baker & Associates at this time nor for at least 2 prior years.

7. The Debtor selected Calico because of its reputation and experience in the areas for accounting and payroll services. Such employment is necessary and in the best interest of Debtor and its estate.

8. Calico has been providing payroll and financial services to the Debtor prior to the filing of this chapter 11 case.

9. For services rendered in the above-captioned case, the Debtor has agreed to compensate Calico on an hourly fee basis. The hourly fee for Mary Callihan is $50.00.

10. The compensation and reimbursement of expenses incurred in connection with the retention of Calico is to be paid out of the Debtor's estate from the effective date of employment, after application to and approval by the Court.

11. The source of the payments made to Calico will be from the Debtor.

12. The Debtor would like to be able to pay Calico up to $500 per month without court approval.

13. The Office of the United States Trustee has been provided with a copy of this Application.

14. No previous application for the relief requested herein has been made to this or any other Court.

WHEREFORE, Debtor requests the entry of an order that (i) authorizes the Debtor to employ Calico Bookkeeping & Tax Services and Mary Callihan, and that the Court appoint Calico Bookkeeping & Tax Services and Mary Callihan as its accountant to provide monthly payroll and accounting and financial services to the Debtor and to prepare tax returns and also to provide services for its chapter 11 plan for the Debtor; (ii) authorizes the Debtor to pay Calico Bookkeeping & Tax Services and Mary Callihan its hourly fees for services related to the

Debtor's Bankruptcy case up to $500 per month with no further court approval; and (iii) grants the Debtor such other and further relief as is just and equitable.

Dated:  January 6, 2023

Respectfully submitted,

*/s/ Reese W. Baker*
Reese W. Baker
Tx Bar No. 01587700
Baker & Associates
950 Echo Lane, Suite 300
Houston, Texas 77024
(713) 869-9200
(713) 869-9100 FAX
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I certify that on January 6, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Reese W. Baker*
Reese W. Baker