United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 25, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| USA ROOFING PARTNERS, LLC | § | Case No. 22-33691 |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

### ORDER AUTHORIZING CONTINUED INTERIM USE OF CASH COLLATERAL
### [Ref. Dkt. No. 8]

The court heard Debtor's continued Motion for Use of Cash Collateral on January 23, 2023, and the Court, having considered the pleadings on file, testimony, exhibits and argument of counsel, it is:

**ORDERED**, that the Debtor is authorized to use cash collateral subject to the terms and conditions set forth in this Interim Order for necessary business expenses incurred in the ordinary course of business in the categories and amounts listed in Exhibit #52 and Exhibit #55-1 (except for duplications as described) until February 21, 2023, with the conditions and provisions set forth herein; and it is further

**ORDERED**, that the Debtor must have at least $644,684 in a combination of cash, accounts receivable and work in process ("Adequate Protection Amount") at the times when any cash collateral is spent and that such Adequate Protection Amount shall be deemed to be adequate protection for Ruth Lake Investment Group LLC ("Lender"); and it is further

**ORDERED**, that the amount of $2,914.09 is a duplicate entry for expenses; and it is further

**ORDERED,** that the Debtor shall keep accurate records of cash, accounts receivable and work in process so that the court shall know the amounts available on a daily basis; and it is further

**ORDERED**, Lender shall continue to have the same liens, encumbrances and security interests in the cash collateral generated or created post filing, plus all proceeds, products, accounts, or profits thereof, as existed prior to the filing date; and it is further

**ORDERED**, that the Debtor is directed that on or before February 17, 2023, to file its operating reports for December 2022 and January 2023; it is further

**ORDERED**, that at the written request of Lender the Debtor will provide to the Lender copies of all insurance policies currently in force, and further continue to keep all collateral of the Lender fully insured against all loss, peril and hazard with substantially similar coverage as in the past; it is further

**ORDERED**, that the Debtor shall keep the Lender's collateral free and clear of post-petition liens, encumbrances, and security interests except for such claims as may accrue but are not currently owed such as *ad valorem* and similar taxes; provided, however, that nothing in this Interim Order shall prohibit the Debtor from seeking credit pursuant to section 364 of the Bankruptcy Code; it is further

**ORDERED**, that all of the Lender's rights under the loan documents, applicable non-bankruptcy law, and the Bankruptcy Code are hereby reserved; it is further

**ORDERED**, that if the Debtor violates the terms of this order, including the requirement for adequate protection, the court may convert this case to a case under chapter 7; and it is further

**ORDERED**, that the Court shall hold a continued hearing on the Debtor's Motion for Use of Cash Collateral on February 21, 2023 at 9:30 a.m.

Nothing herein authorizes the payment of pre-petition debts or professionals.

Signed: January 25, 2023

Jeffrey P. Norman
United States Bankruptcy Judge

Page 2